UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 11, 2006

Memo To Counsel Re: Dalila Ordonez v. Norfield Industries
                    Civil No. JFM-05-2836

Dear Counsel:

    I have reviewed the papers submitted in connection with defendant's motion for summary judgment.

    I have concluded that plaintiff should be given an opportunity to conduct limited discovery on the issue of whether the saw lacked lower blade guards when defendant shipped it to Georgia-Pacific. If plaintiff cannot prove the absence of the guards at that time, defendant would be entitled to summary judgment on that ground alone and the other issues it raises in its summary judgment motion would be mooted.

    Accordingly, I propose the following: (1) plaintiff be given five hours to take depositions of witnesses relating to the presence or absence of the lower blade guards when the saw was shipped by defendant; (2) plaintiff be granted until October 17, 2006 to take depositions on this issue; (3) plaintiff file a supplemental opposition to defendant's summary judgment citing any material facts learned through discovery on or before November 17, 2006; (4) defendant file a reply to any supplemental memorandum filed by plaintiff on or before December 19, 2006; and (5) the other deadlines set in the scheduling order I previously entered be suspended while discovery and supplemental briefing on the lower blade guards issue is conducted.

    Please confer with one another and advise me on or before August 25, 2006 if any of the proposals I have made are unsatisfactory. If I do not hear from you by that date, the proposals I have made will go into effect.

    I am sending a copy of this letter to Judge Bredar who has scheduled a settlement conference on February 1, 2007. It may be that he might wish to cancel that conference now because by February 1st I will either have granted defendant's summary judgment motion or a revised scheduling order providing for discovery on other issues will have been entered.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,


/s/


J. Frederick Motz
United States District Judge